IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          CASE NO: 1:25-CR-10006-021

DEMETRES DESHUN MOORE                                                 DEFENDANT

## ORDER OF DETENTION

Before the Court is the Petition seeking revocation of pre-trial release. ECF No. 321. The Court conducted an initial appearance on January 9, 2026, via teleconferencing. The United States appeared through AUSA Trent Daniels. Defendant Moore appeared with appointed counsel Clay Janske. At the initial appearance, Moore entered a plea of not true.

The United States stated it is seeking pretrial detention of Moore. Defense counsel informed the Court that a change of plea is likely to occur in this matter in a short amount of time and thus defense would waive a detention hearing at this time subject to requesting such hearing at a later date if necessary.

The Court orders the United States Marshal to detain the defendant until the Court can conduct a detention hearing pursuant to 18 U.S.C. § 3148(b), occasioned at the request of the defendant.

SIGNED this 9th day of January 2026.

/s/ Spencer G. Singleton
UNITED STATES MAGISTRATE JUDGE